**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MAINE**

FRIENDS OF MERRYMEETING BAY

        Plaintiff,

      vs.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, an agency of the United States;

&

MAINE BOARD OF ENVIRONMENTAL
PROTECTION, an agency of the State of
Maine; MAINE DEPARTMENT OF
ENVIRONMENTAL PROTECTION, an
agency of the State of Maine; MELANIE
LOYZIM, in her official capacity as
Commissioner of the Maine Department of
Environmental Protection

        Defendants.

Civil Action No.: _____

**PLAINTIFF'S CORPORATE
DISCLOSURE STATEMENT**

**PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Friends of Merrymeeting Bay discloses that it has no parent corporation, and no publicly-held corporation holds 10 percent or more of its stock.

DATED: June 18, 2026.

By: <u>/s/ Scott L. Sells</u>
Scott L. Sells, Esq.
Maine Bar No. 009822
The Sells Law Firm, LLC
Merrill's Warf
254 Commercial Street, Suite 245
Portland, Maine 04101
Telephone:     (207) 523-3477
E-mail: sls@sellslawfirm.com

*Attorneys for Friends of Merrymeeting Bay*